Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JANICE SERGEANT individually and as personal representative of THE ESTATE OF THOMAS SERGEANT,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA N.A., a foreign corporation, as succesor beneficiary and as servicer; CARRINGTON MORTGAGE SERVICES, LLC, a foreign corporation, as successor servicer, AND ALL PERSONS CLAIMING ANY INTEREST IN THE PROPERTY DESCRIBED IN THE DEED OF TRUST OR IN THE OBLIGATION SECURED THEREBY, DOES 1-50, INCLUSIVE,<br><br>Defendants. | No. C17-5232 BHS<br><br>ORDER |

THIS MATTER, having come on before the undersigned judge, and the court deeming itself fully advised herein, it is hereby

ORDERED, ADJUDGED, AND DECREED that the court grants the motion for substitution for deceased plaintiff by personal representative, Janice Sergeant, under Rule 25.

DONE IN OPEN COURT this _____ day of October, 2018

_____
HON. BENJAMIN H. SETTLE

PRESENTED BY:

s/ Arthur Ortiz
Arthur Ortiz, WSBA No. 26676
Attorney for Plaintiffs

**PLTFF.S' MOT. TO SUBSTITUTE JANICE SERGEANT AS PR/ADMIN OF THOMAS SERGEANT'S PROBATE**

Page - 1

ARTHUR E. ORTIZ, ATTORNEY
6015 CALIFORNIA AVE. S.W., NO. 203
SEATTLE, WASHINGTON 98136
TEL 206-898-5704   arthur@aeolegal.com